AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| iCashe, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  2:24-cv-00429-JRG |
| Samsung Electronics Co., Ltd. et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Samsung Electronics Co,. Ltd. and Samsung Electronics America, Inc.

Date: 09/20/2024

/s/ Steven Pepe
*Attorney's signature*

Steven Pepe NY Bar No. 2810430
*Printed name and bar number*

ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
*Address*

steven.pepe@ropesgray.com
*E-mail address*

(212) 596-9000
*Telephone number*

(212) 596-9090
*FAX number*