# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ICASHE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action No. 2:24-cv-00429-JRG <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION

In accordance with the applicable Federal and Local Rules, Fan (Frances) Zhang, counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., provides notice to the Court and other counsel of record of his change of firm affiliation and contact information. New contact information for Fan (Frances) Zhang is as follows:

> Fan (Frances) Zhang
> Sheppard, Mullin, Richter & Hampton LLP
> 2099 Pennsylvania Avenue, N.W.
> Washington, D.C. 20006
> T: 202-747-1900
> F: 202-747-1901
> Email: fzhang@sheppardmullin.com

Dated: October 3, 2025                          Respectfully submitted,


                                           */s/ Melissa R. Smith*

                                     Melissa R. Smith
                                     State Bar No. 24001351
                                     **GILLAM & SMITH, LLP**
                                     303 South Washington Avenue
                                     Marshall, Texas 75670
                                     Telephone: (903) 934-8450
                                     Facsimile: (903) 934-9257
                                     melissa@gillamsmithlaw.com


*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV- 5(a)(3) on October 3, 2025.

                                       */s/ Melissa R. Smith*
                                       Melissa R. Smith