# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ICASHE, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>*et al.*<br><br>    Defendants. | Case No. 2:24-cv-00429-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5

Pursuant to Patent Rule 4-5 and the Docket Control Order (Dkt. 30), Plaintiff iCashe, Inc. ("Plaintiff" or "iCashe") and Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively "Defendants" or "Samsung") respectfully submit the parties' Joint Claim Construction Chart, attached hereto as Exhibit A, regarding the patents-in-suit—U.S. Patent Nos. 9,122,965 ("'965 patent"), 9,483,722 ("'722 patent"), 11,694,053 ("'053 patent"), 8,403,219 ("'219 patent"), 9,202,156 ("'156 patent"), 9,208,423 ("'423 patent"), and 11,270,174 ("'174 patent")—along with Exhibit B, which sets forth the full text of the asserted claims containing each disputed claim term/phrase/clause.

Dated: October 14, 2025

Respectfully submitted,

By: */s/ Jessica L. Gutierrez*

Aaron R. Fahrenkrog
MN Bar No. 0386673 (admitted in this District)
Email: afahrenkrog@robinskaplan.com
Logan J. Drew
MN Bar No. 0389449 (admitted in this District)
Email: ldrew@robinskaplan.com
Emily J. Tremblay
MN Bar No. 0395003 (*pro hac vice*)
Email: etremblay@robinskaplan.com
Jessica L. Gutierrez
MN Bar No. 0396359 (*pro hac vice*)
Email: jgutierrez@robinskaplan.com
William R. Jones
MN Bar No. 0402360 (*pro hac vice*)
Email: wjones@robinskaplan.com
Prateek N. Viswanathan
MN Bar No. 0504753 (*pro hac vice*)
Email: pviswanathan@robinskaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Plaintiff iCashe, Inc.*

Dated: October 14, 2025

Respectfully submitted,

By: */s/ Melissa R. Smith*

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Steven Pepe
(NY Bar No. 2810430)
Alexander E. Middleton
(NY Bar No. 4797114)
Matthew R. Shapiro
(NY Bar No. 5102017)
Brian Lebow
(MA Bar No. 705567)
**SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112-0015
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
spepe@sheppardmullin.com
mshapiro@sheppardmullin.com
blebow@sheppardmullin.com
amiddleton@sheppardmullin.com

David S. Chun
(CA Bar No. 315958)
**SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP**
1540 El Camino Real, Suite 120
Menlo Park, CA 94025-4111
Telephone: (650) 815-2600
Facsimile: (650) 815-2601
dchun@sheppardmullin.com

Fan (Frances) Zhang
(CA Bar No. 324347)
**SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP**

2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 747-1900
Facsimile: (202) 747-1901
fzhang@sheppardmullin.com

*Attorneys for Defendants Samsung Electronics*
*Co., Ltd. and Samsung Electronics America, Inc*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above document was filed electronically this 14 day of October, 2025, in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Jessica L. Gutierrez*
