IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ICASHE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., *et al*.<br><br>Defendants. | Case No. 2:24-cv-00429-JRG<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF ICASHE, INC.'S NOTICE OF COMPLIANCE REGARDING
PRELIMINARY ELECTION OF ASSERTED CLAIMS**

Plaintiff iCashe, Inc. hereby notifies the Court that Plaintiff served its Preliminary Election of Asserted Claims on counsel of record for Defendants, pursuant to the Court's Order Focusing Patent Claims and Prior Art to Reduce Costs (Dkt. 63), via email on Friday, October 17, 2025.

| | |
|---|---|
| Dated: October 17, 2025 | Respectfully submitted, |
| | By: */s/   Jessica L. Gutierrez* |

Aaron R. Fahrenkrog
MN Bar No. 0386673 (admitted in this District)
Email: afahrenkrog@robinskaplan.com
Logan J. Drew
MN Bar No. 0389449 (admitted in this District)
Email: ldrew@robinskaplan.com
Emily J. Tremblay
MN Bar No. 0395003 (*pro hac vice*)
Email: etremblay@robinskaplan.com
Jessica L. Gutierrez
MN Bar No. 0396359 (*pro hac vice*)
Email: jgutierrez@robinskaplan.com
William R. Jones
MN Bar No. 0402360 (*pro hac vice*)
Email: wjones@robinskaplan.com
Prateek N. Viswanathan
MN Bar No. 0504753 (*pro hac vice*)
Email: pviswanathan@robinskaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@millerfairhenry.com
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Plaintiff iCashe, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above document was filed electronically this 17th day of October 2025, in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Jessica L. Gutierrez*
Jessica L. Gutierrez
