AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas [▼]

| | |
|---|---|
| iCashe, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  2:24-cv-00429-JRG |
| Samsung Electronics Co., Ltd. et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Samsung Electronics Co,. Ltd. and Samsung Electronics America, Inc.                    .

Date:     10/21/2025

/s/ James L. Davis, Jr.
*Attorney's signature*

James L. Davis, Jr. Bar No. 304830
*Printed name and bar number*

Sheppard, Mullin, Richter & Hampton LLP
1540 El Camino Real Suite 120
Menlo Park, CA 94025

*Address*

jdavis@sheppardmullin.com
*E-mail address*

(650) 815-2684
*Telephone number*

(314) 623-7939
*FAX number*